**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO.: 9:22-CV-80643-RAR**

JASON GOLDSTEIN, individually and
on behalf of all others similarly situated,

      Plaintiffs,

v.

BELIV LLC,

      Defendant.

                                      /

**<u>JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff Jason Goldstein and Defendant Beliv LLC, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismiss this Action with prejudice, with each party to bear his/its own costs and attorneys' fees.

Dated:  April 29, 2024

                Respectfully Submitted,

| | |
|---|---|
| s/ *Mark R. Cheskin* | s/ *Alexander J. Korolinsky* |
| Mark R. Cheskin | Alexander J. Korolinsky |
| Florida Bar No. 708402 | Florida Bar No. 119327 |
| mark.cheskin@hoganlovells.com | korolinsky@aklegal.com |
| Richard C. Lorenzo | AJK LEGAL |
| Florida Bar No. 071412 | 1001 Brickell Bay Dr., Ste. 2700 |
| richard.lorenzo@hoganlovells.com | Miami, FL 33131 |
| HOGAN LOVELLS US LLP | Telephone:  (877) 448-8404 |
| 600 Brickell Avenue, Suite 2700 | |
| Miami, FL 33131 | Spencer Sheehan |
| Telephone: (305) 459-6500 | (Pro Hac Vice Forthcoming) |
| Facsimile : (305) 459-6550 | spencer@spencersheehan.com |

*Counsel for Beliv LLC*

SHEEHAN & ASSOCIATES, P.C.
60 Cuttermill Road, Ste. 409
Great Neck, NY 11021-5101
Telephone: (516) 260-7080
Facsimile: (516) 234-7800

*Counsel for Plaintiff Jason Goldstein*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of April, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.  Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Mark R. Cheskin*
Mark R. Cheskin

2