**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-80643-RAR**

**JASON GOLDSTEIN**, *individually and
on behalf of all others similarly situated*,

      Plaintiff,

v.

**BELIV, LLC**,

      Defendant.
_____/

**ORDER OF DISMISSAL**

    **THIS CAUSE** comes before the Court upon the parties' Joint Notice of Voluntary Dismissal with Prejudice, [ECF No. 29] ("Notice"), filed on April 29, 2024. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

    **ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**. The status conference set for May 1, 2024 at 10:00 AM, [ECF No. 28], is hereby **CANCELLED.**

    **DONE AND ORDERED** in Miami, Florida, this 29th day of April, 2024.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**
